### 596.  COOPER *v.* THE STATE.

POWELL, J. Although the evidence is weak and circumstantial only, yet there being some evidence to support the verdict, this court has no power to set it aside.        *Judgment affirmed.*

Indictment for larceny from house, from Warren superior court —Judge Holden. May 24, 1907.

Submitted July 18,—Decided August 8, 1907.

*L. R. Massengale,* for plaintiff in error.

*David W. Meadow, solicitor-general,* contra.